ACCEPTED
01-18-00113-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 5:45 PM
CHRISTOPHER PRINE
CLERK

NO. 01-18-00113-CV

IN THE COURT OF APPEALS

FOR THE FIRST JUDICIAL DISTRICT OF TEXAS

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 5:45:48 PM
CHRISTOPHER A. PRINE
Clerk

---

STAMPEDE TX ENERGY, LLC, F/K/A STAMPEDE ENERGY, LLC,
AND BALLENGEE INTERESTS, LLC

*Appellant,*

V.

BRIDGETEX PIPELINE COMPANY, LLC,

*Appellee,*

---

ON APPEAL FROM THE 157TH DISTRICT COURT,
HARRIS COUNTY, TEXAS

Trial Court No. 2016-57036

---

**AGREED MOTION TO
EXTEND TIME TO SELECT MEDIATOR**

---

Bridgetex Pipeline Company, LLC, Stampede Tx Energy, LLC, and Ballengee Interests, LLC (collectively, the "Parties") file this Agreed Motion to Extend Time to Select Mediator. The original deadline to select a mediator is March 22, 2018. The Parties ask for a one-week extension, to March 29, 2018, to select a mediator for this matter.

The underlying Judgment in the case is almost $300 million dollars and great care has been taken to select a qualified mediator that is acceptable to all parties. However, with multiple parties and multiple representatives needed for each party, the logistics have been tougher than originally expected. The Parties have agreed on using one of two mediators and working to

**AGREED MOTION TO EXTEND TIME TO SELECT MEDIATOR** **PAGE 1**

ensure the schedules of everyone involved will allow it.

Therefore, the Parties respectfully request that their Agreed Motion to Extend Time to Select Mediator is granted, and that the deadline be moved from March 22, 2018 to March 29, 2018.

Respectfully submitted,

**Calhoun, Bhella & Sechrest, LLP**

By:      /s/ Robert McNiel
**Robert McNiel**
State Bar No. 24043814
rmcniel@cbsattorneys.com
**Paul Green**
State Bar No. 24081405
pgreen@cbsattorneys.com
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.981.9200
Facsimile: 214.981.9203
**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned counsel for Defendants hereby certifies that he and counsel for Plaintiffs have personally conferred to discuss the items presented to the Court in this motion. Counsel for Plaintiffs is AGREED to the Motion.

*/s/* Paul Green
Paul Green

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record via the electronic service manager and/or by email on this 22nd day of March, 2018.

*/s/ Robert A. McNiel*
Robert A. McNiel

AGREED:

*/s/ Robert A. McNiel*
Robert A. McNiel
Attorney for Appellant

*/s/ David Bryant*
David Bryant
Attorney for Appellee